## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 425 WAL 2017
:
          Petitioner    :
:    Petition for Allowance of Appeal from
:    the Order of the Superior Court
          v.    :
:
:
BRIAN WAYNE CARPER,    :
:
          Respondent    :

## ORDER


**PER CURIAM**

      **AND NOW**, this 17th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.